IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JEREMIAH JOHNSON,

     Plaintiff,                        No. CIV S- 05-2141 LKK GGH P

     vs.

R. SANDHAM, et al.,

     Defendants.             ORDER

        Plaintiff, a state prisoner proceeding pro se, seeks relief pursuant to 42 U.S.C. § 1983. Based on the stipulation filed by the parties on December 14, 2005, the court now vacates from its calendar the evidentiary hearing set for February 14, 2006, wherein the undersigned was to determine whether plaintiff Johnson is being deprived of access to legal material relevant to this case.

        Once plaintiff has been provided the legal property as set forth in the stipulation, defendants must so inform the court and may then re-notice their motion(s) for summary judgment (including defendant Maurino's, as well as that of defendants Sandham, Gilkes, Malan, Lett, Parks, Castro and Tristan). Plaintiff, thereafter, upon service of the re-notice(s), will have thirty days to file his opposition. Plaintiff's prior oppositions to defendants' previously vacated motions will not be considered. As to any previously filed exhibit upon which plaintiff seeks to

1 | rely, he must either re-file it or clearly and specifically identify it among his prior filings. Any
2 | reply filed previously by defendants will not be considered.
3 |   Following service of plaintiff's opposition, defendants have 15 days to file a reply.
4 |   IT IS SO ORDERED.
5 | DATED:  12/21/05

/s/ Gregory G. Hollows

_____
GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH:009
john2141.stp