IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JEREMIAH JOHNSON,

    Plaintiff,                 No. CIV S-05-2141 LKK GGH P

    vs.

R. SANDHAM, et al.,

    Defendants.             ORDER

_____/

        Plaintiff has requested the appointment of counsel. The United States Supreme Court has ruled that district courts lack authority to require counsel to represent indigent prisoners in § 1983 cases. Mallard v. United States Dist. Court, 490 U.S. 296, 298 (1989). In certain exceptional circumstances, the court may request the voluntary assistance of counsel pursuant to 28 U.S.C. § 1915(e)(1). Terrell v. Brewer, 935 F.2d 1015, 1017 (9th Cir. 1991); Wood v. Housewright, 900 F.2d 1332, 1335-36 (9th Cir. 1990). In the present case, the court does not find the required exceptional circumstances. Plaintiff's motion for the appointment of counsel will therefore be denied.

        Plaintiff has requested that his November 22, 2005 request for documents be vacated in light of the parties' stipulated agreement filed on December 14, 2005. This request will be granted.

1

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's January 17, 2006 motion for the appointment of counsel is denied;

2. Plaintiff's January 17, 2006 request that his request for documents [docket entry #159] be vacated is granted; and

3. Plaintiff's November 22, 2005 request for documents [#159] is hereby vacated from the court's calendar.

DATED: 2/16/06

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH:bb
john2141.31