IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JEREMIAH JOHNSON,

    Plaintiff,                  No. CIV S-05-2141 LKK GGH P

   vs.

R. SANDHAM, et al.,

    Defendants.          ORDER
_____/

       Plaintiff has requested a 30-day extension of time to complete discovery. In the scheduling order, filed on December 18, 2006, the discovery deadline was set for March 16, 2207. Plaintiff complains of having been placed on medical quarantine as of March 2, 2007, and of having his work product inexplicably lost, stolen or destroyed by non-defendants.

       By Order, filed on October 25, 2005, this complaint was severed from an action that was originally filed in September, 2000. See Case No. CIV S-00-1951 LKK GGH P. Plaintiff is not being denied all library access.

       Accordingly, IT IS ORDERED that:

       1. Plaintiff's March 21, 2007, request for an extension of time is partially granted;

\\\\\

1

2. Plaintiff is granted 15 days from the date of this order to submit any motion to compel discovery;

3. There will be no further extension of time; and

4. No deadline other than the discovery cut-off in the scheduling order is affected by this order.

DATED: 4/3/07

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH:009/bb
john2141.36dis