IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JEREMIAH JOHNSON,

       Plaintiff,                      No. CIV S-05-2141 LKK GGH P

     vs.

R. SANDHAM, et al.,

       Defendants.                <u>ORDER</u>

_____/

       Plaintiff has requested an extension of time to file an opposition to the defendants' May 9, 2007 motion for partial summary judgment. Good cause appearing, IT IS HEREBY ORDERED that:

       1. Plaintiff's June 18, 2007 request for an extension of time is granted; and

       2. Plaintiff is granted thirty days from the date of this order in which to file an opposition to the defendants' motion for summary judgment.

DATED: 6/25/07

                                        /s/ Gregory G. Hollows

                                        _____
                                        GREGORY G. HOLLOWS
                                        UNITED STATES MAGISTRATE JUDGE

GGH:bb
john2141.36r