IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JEREMIAH JOHNSON,

        Plaintiff,                    No. CIV S-05-2141 LKK GGH P

    vs.

R. SANDHAM, et al.,

        Defendants.         <u>ORDER</u>

/

        Plaintiff has requested a second extension of time to file his opposition to the pending partial summary judgment motion filed by defendants on May 9, 2007. He also seeks an extension of time to file his pretrial statement. The court will vacate the pretrial conference and trial dates in light of defendants' pending motion, relieving the parties of the obligation to file pretrial statements at this time, and will grant plaintiff the 15-day further extension of time he seeks to file an opposition.

        Accordingly, IT IS ORDERED that:

        1. The August 24, 2007, pretrial conference and October 30, 2007, trial dates are vacated from the December 18, 2006, scheduling order;

        2. As the parties have been hereby relieved of the obligation to file their pretrial statements at this time, plaintiff's motion for an extension of time to file his pretrial

statement is denied as moot;

       3.  Plaintiff's August 3, 2007, request for an extension of time to file his opposition to the pending partial summary judgment is granted; and

       4.  Plaintiff is granted fifteen days from the filing date of this order in which to file his opposition.

DATED: 8/13/07             /s/ Gregory G. Hollows

                                         GREGORY G. HOLLOWS  
GGH:009/cm                    UNITED STATES MAGISTRATE JUDGE  
john2141.36