IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JEREMIAH JOHNSON,

        Plaintiff,                    No. CIV S-05-2141 LKK GGH P

    vs.

R. SANDHAM, et al.,

        Defendants.            <u>ORDER</u>

_____/

        Plaintiff has requested an extension of time to file objections to the findings and recommendations, filed on August 21, 2008. Plaintiff was originally granted twenty days to file objections and now seeks thirty more days. Due to the demands of the court's calendar, plaintiff's request can only be partially granted.

        Accordingly, IT IS HEREBY ORDERED that:

        1. Plaintiff's September 4, 2008, request for an extension of time (Docket #190) is partially granted;

        2. Petitioner is granted until September 26, 2008, in which to file objections to the findings and recommendations; and no further extension.

DATED: 09/17/08                                  /s/ Gregory G. Hollows

                                                   GREGORY G. HOLLOWS
                                                   UNITED STATES MAGISTRATE JUDGE

GGH:009
john2141.36