IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JEREMIAH JOHNSON,

    Plaintiff,                    No. CIV S-05-2141 LKK GGH P

    vs.

R. SANDHAM, et al.,

    Defendants.             <u>ORDER</u>

_____/

        Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

        On August 21, 2008, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty days. On September 17, 2008, plaintiff was granted an extension of time until September 26, 2008, to file objections. As of this date, neither party has filed objections to the findings and recommendations.

        The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY

1

1 ORDERED that:

    1. The findings and recommendations filed August 21, 2008, are adopted in full; and

    2. Defendants' unopposed motion for summary judgment, filed on 5/09/07 (#173) is granted and judgment shall be entered for defendants.

DATED: September 30, 2008.

*/s/ Lawrence K. Karlton*
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT